**FILED**

01/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. DA 20-0570

| | |
|---|---|
| JAMES T. & ELIZABETH GRUBA and LEO G. & JEANNE R. BARSANTI, <br><br> Appellants, <br><br> vs. <br><br> MONTANA PUBLIC SERVICE COMMISSION, <br> Appellee, <br><br> and <br> NORTHWESTERN ENERGY. <br> Appellee. | **ORDER GRANTING APPELLANTS' UNOPPOSED MOTION TO FILE OPENING BRIEF UNTIL MARCH 10, 2021** |

Pursuant to M. R. App. P., 26(1), Appellants, are given until Wednesday, March 10, 2021, in which to file and serve their opening brief.

DATED: January _____, 2021

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 25 2021